GERALD M. LEVERETT, S. B.055841
Attorney at Law
1830 Truxtun Avenue, Suite 212
Bakersfield, California 93301
Post Office Box 1676
Bakersfield, California 93303-1676
Tel: (661) 326-0234
Fax: (661) 324-4960

Attorney for Plaintiffs WAYNE BILLINGSLEY, WAVA
BILLINGSLEY AND CALIFORNIA AGRI SPRAYERS, INC.

BRIAN MARK LEDGER, S. B. 156942
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA  92101
Tel:  (619) 696-6700
Fax:   (619) 696-7124

Attorneys for Defendant
LOVELAND INDUSTIES, INC. dba UAP WEST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| WAYNE BILLINGSLEY, WAVA BILLINGSLEY AND CALIFORNIA AGRI SPRAYERS, INC., A California Corporation<br><br>Plaintiffs,<br>vs.<br><br>LOVELAND INDUSTRIES, INC. d.b.a. UAP WEST, a Colorado Corporation and DOES 1 through 50, inclusive<br><br>Defendant(s) | CASE NO.  CIV F 02 5853 REC DLB<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>**[FRCP Rule 41(a)(1)]** |

COME NOW PLAINTIFFS WAYNE BILLINGSLEY, WAVA BILLINGSLEY AND CALIFORNIA AGRI SPRAYERS, INC., A CALIFORNIA CORPORATION, BY AND THROUGH THEIR COUNSEL GERALD M. LEVERETT AND DEFENDANT LOVELAND INDUSTRIES, INC. DBA UAP WEST, BY AND THROUGH THEIR COUNSEL GORDON & REES WHO ENTER THE FOLLOWING STIPULATION:

-1-
JOINT STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiffs Wayne Billingsley and Wava Billingsley, at the commencement of the within litigation, were the owners of the real property described in Plaintiffs' Complaint; and

WHEREAS, California Agri Sprayers, Inc, a California corporation was the owner of the crop grown on the real property described in Plaintiffs' Complaint; and

WHEREAS, Plaintiffs Wayne Billingsley and Wava Billingsley have transferred and conveyed their interest in the real property to Plaintiff California Agri Sprayers, Inc. and California Agri Sprayers, Inc. now is the owner of the real property described in Plaintiffs' Complaint and the crop grown thereon;

NOW, therefore the parties hereto agree and stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties to this action that the above action is hereby dismissed **AS TO PLAINTIFFS WAYNE BILLINGSLEY AND WAVA BILLINGSLEY WITHOUT PREJUDICE** pursuant to FRCP 41(a)(1).

IT IS HEREBY FURTHER STIPULATED that Plaintiff in the herein referred to action, California Agri Sprayers, Inc., shall remain Plaintiff in this action.

IT IS SO STIPULATED.

Dated: APRIL 27, 2006           /s/ Gerald M. Leverett, Esq._____
                                Attorney For Plaintiffs Wayne Billingsley, Wava
                                Billingsley and California Agri Sprayers, Inc.

IT IS SO STIPULATED.

Dated: APRIL 27, 2006           /s/ Brian Ledger, Esq._____
                                Attorney for Defendant
                                LOVELAND INDUSTRIES, INC. d.b.a.
                                UAP WEST

**ORDER**

IT IS SO ORDERED

Date:____5/15/2006_____   /s/ ROBERT E. COYLE_____
                                     ROBERT E. COYLE
                                     UNITED STATES DISTRICT COURT