Gerald M. Leverett, Esq.
1830 Truxtun Avenue, Suite 212
Post Office Box 1676
Bakersfield, CA 93303-1676
Phone: 661-326-0234
Fax: 661-324-4960
Attorneys for Plaintiffs
WAYNE BILLINGSLEY, WAVA BILLINGSLEY,
CALIFORNIA AGRI SPRAYERS, INC.

Kevin W. Alexander, Esq. (SBN: 175204)
Thomas J. Stoddard, Esq.  (SBN: 136299)
Brian M. Ledger, Esq.     (SBN: 156942)
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant
LOVELAND INDUSTIES, INC. dba UAP WEST

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| WAYNE BILLINGSLEY, WAVA BILLINGSLEY AND CALIFORNIA AGRI SPRAYERS, INC., A California Corporation,<br><br>    Plaintiffs,<br><br>Vs.<br><br>LOVELAND INDUSTIES, INC. dba UAP WEST, a Colorado Corporation, and DOES 1 through 50, inclusive.<br><br>    Defendants. | CASE NO.:  1: 02 CV 5853 REC DLB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL CONFERENCE DATES**<br><br>**[Local Rule 78-230(g); 83-143]** |

COME NOW PLAINTIFF CALIFORNIA AGRI SPRAYERS, INC. BY AND THROUGH ITS

ATTORNEY OF RECORD GERALD M. LEVERETT AND DEFENDANTS LOVELAND

INDUSTRIES, INC. D.B.A. UAP WEST BY AND THROUGH THEIR ATTORNEYS OF

RECORD GORDON & REES, KEVIN ALEXANDER AND BRIAN M. LEDGER, WHO

STIPULATE TO CONTINUE THE TRIAL AND PRETRIAL CONFERENCE DATES, AND WHICH STIPULATION PROVIDES:

### BACKGROUND:

1. Plaintiff California Agri Sprayers, Inc., the owner of certain real property and orchards located in the County of Tulare, State of California more particularly referred to by Tulare County Tax Assessors' Numbers 338-070-006, 338-260-016, 338-070-005 and 338-070-006, being a portion of Section 32, Township 26 South, Range 26 East MDB&M.

2. The above referred to real property is devoted to agricultural purposes and specifically three separate almond orchards.

3. At the commencement of this litigation, Plaintiffs Wava Billingsley and Wayne Billingsley were the owners of the real property described in Plaintiff's Complaint. Subsequent to that time the Billingsleys transferred their interest personally to California Agri Sprayers, Inc. California Agri Sprayers, Inc. now owns both the crop and the real property and it was no longer necessary for the Billingsleys to remain parties to the action. In that regard a Joint Stipulation was executed and filed with the Court whereby the case, as to the Billingsleys, was Dismissed Without Prejudice and that the Plaintiff in the action remains California Agri Sprayers, Inc.

4. During the pendency of this action, Plaintiff's counsel underwent abdominal surgeries in February, March, June and November of 2004. The parties conducted discovery while accommodating counsel's medical needs.

5. The parties have exchanged Expert Witness Disclosures and have commenced Expert Witness Discovery and Depositions.

6. A continuation of the Trial and Pretrial Conference is required to allow the parties sufficient time to conduct mediation. As a result of recent information revealed in expert discovery, all parties now believe that mediation will provide a reasonable possibility for

settlement of this matter.  As such, all parties have agreed upon retired Federal Magistrate Judge John Wagner with Judicate West as the mediator.  All parties and the mediator are currently working to agree on a mediation date.  Given the calendars for all counsel and the mediator, it is anticipated that the earliest possible time for the mediation will be the last week in June, 2006.  Trial is currently scheduled for June 27, 2006.

7.  To allow sufficient time for the parties to conduct mediation without the necessity of incurring substantial attorney's and expert's fees in preparation for trial, Plaintiffs and Defendant have agreed that good cause exists to continue the Trial and Pretrial Conference.  The Parties have further agreed that the Pretrial Conference Statement should be due seven days prior to the due date for the newly scheduled Pretrial Conference.

## STIPULATION

WHEREFORE, based upon the above facts the parties hereto stipulate to the following:

1. Continue the Trial from June 27, 2006 to November 7, 2006 at 9 a.m.
2. Continue the Pretrial Conference from May 31, 2006 to September 29, 2006 at 1:30 p.m.
3. Joint Pretrial Conference Statement to be filed by September 20, 2006.

So stipulated.

Date:  May 15, 2006                         Gerald M. Leverett, Esq. /s/_____
                                            Wayne Billingsley, Wava Billingsley,
                                            By Gerald M. Leverett, Esq.

Date:  May 15, 2006                         Gerald M. Leverett, Esq.  /s/_____
                                            California Agri Sprayers
                                            By Gerald M. Leverett, Esq.

So Stipulated.

Date:  May 15, 2006                         Kevin W. Alexander, Esq.   /s/____
                                            Loveland Industries, Inc. d.b.a.
                                            UAP West
                                            By Kevin W. Alexander, Esq.

**Gordon & Rees LLP**
**101 West Broadway**
**Suite 1600**
**San Diego, CA  92101**

**ORDER**

The Court, having considered the Joint Stipulation of the parties hereto, and GOOD CAUSE APPEARING, the Court hereby approves the Stipulation. The Trial is continued from Continue the Trial from June 27, 2006 to November 7, 2006 at 9 a.m.; the Pretrial Conference is continued from May 31, 2006 to September 29, 2006 at 1:30 p.m.; and the Joint Pretrial Conference Statement to be filed by September 20, 2006.

IT IS ORDERED.

DATE: May 24, 2006                    ____/s/ *Dennis L. Beck*_____
                                                   DENNIS BECK
                                                   U. S. MAGISTRATE JUDGE

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

UAP\1011857\350112.1

-4-

JOINT STIPULATION **[Local Rule 78-230(g); 83-143]**