GERALD M. LEVERETT, S. B. 55841
     **Attorney at Law**
**1830 Truxtun Avenue, Suite 212**
**Bakersfield, California 93301**
Post Office Box 1676
Bakersfield, California 93303-1676

Telephone: (661) 326-0234
Fax: (661) 324-4960

Attorney for Plaintiffs Wayne Billingsley, Wava
Billingsley and California Agri Sprayers, Inc.

KEVIN W. ALEXANDER, S.B. 175204
BRIAN LEDGER, ESQ. S.B. 156942
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

Telephone (619) 696-6700
Fax:  (619) 696-7124

Attorneys for Defendant Loveland Industries,
Inc. d.b.a. UAP West

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| WAYNE BILLINGSLEY, WAVA BILLINGSLEY ) <br> AND CALIFORNIA AGRI SPRAYERS, INC., ) <br> A California Corporation ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LOVELAND INDUSTRIES, INC. d.b.a. ) <br> UAP WEST, a Colorado Corporation and ) <br> DOES 1 through 50, inclusive ) <br> ) <br> Defendant(s) ) <br> _____) | CASE NO.  CIV F 02 5853 REC DLB <br> (NEW DJ) <br><br> JOINT STIPULATION TO VACATE <br> TRIAL DATE, AND TO RESCHEDULE <br> TRIAL DATE <br><br><br><br> [Local Rule 78-230(g); 83-143] |

1

PDF created with pdfFactory trial version www.pdffactory.com

COME NOW PLAINTIFF CALIFORNIA AGRI SPRAYERS, INC. BY AND THROUGH THEIR ATTORNEY OF RECORD GERALD M. LEVERETT AND DEFENDANTS LOVELAND INDUSTRIES, INC. D.B.A. UAP WEST BY AND THROUGH THEIR ATTORNEYS OF RECORD GORDON & REES, KEVIN ALEXANDER AND BRIAN LEDGER, WHO STIPULATE TO VACATE THE CURRENT TRIAL DATE AND TO CONTINUE TRIAL IN THE WITHIN ACTION; AND WHICH STIPULATION PROVIDES:

**BACKGROUND:**

1. On September 9, 2006 the Honorable Oliver Wanger executed an Order on Join Stipulation to Vacate Pretrial Date, Trial Date and to reschedule Pretrial and Trial dates.

2. The above Order was filed with the Clerk of the Court on September 20, 2006.

3. Upon receiving the Court's Order counsel discovered that there was a calendar conflict for the date set for Trial, February 27, 2007.

4. Upon discovery of the conflict counsel immediately contacted the Court's Clerk and alerted the Clerk to the conflict.

5. It was decided, with the consent and permission of the Court's Clerk, that the current Trial date of February 27, 2007 would be vacated and a new Trial date of March 13, 2007 would be ordered. It is further agreed that the current Pretrial Statement due date would remain unchanged and that the current Pretrial date of January 16, 2007 remaining unchanged.

**STIPULATION**

WHEREFORE, based upon the above facts, the parties hereto stipulate to:

1. Vacate the current Trial date of February 27, 2007.

2. Reschedule the Trial date to March 13, 2007.

3. The Pretrial Statement date is to remain unchanged.

PDF created with pdfFactory trial version www.pdffactory.com

4. The Pretrial Conference date is to remain January 16, 2007 at 11:00 a.m. in Department 3 of the United States District Court.

So stipulated.

Date:  September 21, 2006        Gerald M. Leverett  /S/_____
                                 California Agri Sprayers
                                 By Gerald M. Leverett, Esq.

So Stipulated.

Date:  September 21, 2006        Brian Ledger /S/_____
                                 Loveland Industries, Inc. d.b.a.
                                 UAP West
                                 By Brian Ledger, Esq.

**ORDER**

The Court, having considered the Joint Stipulation of the parties hereto to vacate the current Trial date of February 27, 2007 and, GOOD CAUSE APPEARING,

The Court hereby approves the Stipulation.

The Court does hereby vacate the current Trial date of February 27, 2007.

It is FURTHER ORDERED that the Pretrial Conference remain on January 16, 2007 at 11:00 a.m. in Department 3 of this Court.

It is FURTHER ORDERED that Trial in the above referenced matter is rescheduled for March 13, 2007 at 9:00 a.m. in Department 3 of the above referenced court.

IT IS ORDERED.

DATE:  ___September 27_____, 2006        /s/ OLIVER W. WANGER_____
                                          OLIVER WANGER
                                          U. S. DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com