GERALD M. LEVERETT, S. B. 55841
        Attorney at Law
1830 Truxtun Avenue, Suite 212
Bakersfield, California 93301
Post Office Box 1676
Bakersfield, California 93303-1676

Telephone: (661) 326-0234
Fax: (661) 324-4960

Attorney for Plaintiffs Wayne Billingsley, Wava Billingsley and California Agri Sprayers, Inc.

KEVIN W. ALEXANDER, S.B. 175204
BRIAN LEDGER, ESQ. S.B. 156942
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

Telephone (619) 696-6700
Fax:  (619) 696-7124

Attorneys for Defendant Loveland Industries, Inc. d.b.a. UAP West

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| WAYNE BILLINGSLEY, WAVA BILLINGSLEY AND CALIFORNIA AGRI SPRAYERS, INC., A California Corporation<br><br>                  Plaintiffs,<br><br>vs.<br><br>LOVELAND INDUSTRIES, INC. d.b.a. UAP WEST, a Colorado Corporation and DOES 1 through 50, inclusive<br><br>                  Defendant(s) | CASE NO.  CIV F 02 5853 LJO DLB (NEW DJ)<br><br>STIPULATION AND DISMISSAL AND PROPOSED ORDER THEREON<br><br>[FED. R. CIV. P. RULE 41(A)(1)(ii)] |

Having reached a full settlement of this matter, Plaintiff California Agri Sprayers, Inc. ("Plaintiffs") and Defendant Loveland Industries, Inc. dba UAP West ("Loveland"), thereto request, pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), that the Court dismiss the Complaint with prejudice.

This Court shall retain jurisdiction over all disputes among the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement.

Each party shall bear its own costs and fees.

It is so stipulated and respectfully submitted by the parties.

So stipulated.

Date:  MARCH 2, 2007              Gerald M. Leverett  /S/_____
                                  California Agri Sprayers
                                  By Gerald M. Leverett, Esq.

So Stipulated.

Date:  MARCH 2, 2007              Brian Ledger /S/_____
                                  Loveland Industries, Inc. d.b.a.
                                  UAP West
                                  By Brian Ledger, Esq.

**ORDER**

Upon consideration of the above Stipulation,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear his/its own costs and attorney fees.

IT IS SO ORDERED.

**Dated:     March 2, 2007**              /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES DISTRICT JUDGE